THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mario Ramos Hinojos, Jr., Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge
Unpublished Opinion No. 2007-UP-176
Submitted April 2, 2007  Filed April 17, 2007

APPEAL DISMISSED

 
 
 Assistant Appellate Defender Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Robert M. Arial, of Greenville, for Respondent.
 
 

PER CURIAM:  Mario Ramos Hinojos, Jr. appeals his convictions for two counts of murder and one count of assault and battery with intent to kill (ABIK), and sentences for life imprisonment for each count of murder and twenty years imprisonment for ABIK.  Hinojos argues the trial court erred by refusing to redact portions of his statement to police.  Hinojos has not filed a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hinojos appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.